

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-17-00410-CV

Henry **MCCALL**,
Appellant

v.

Homer **HILLIS**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14417
Honorable N. Keith Williams, Judge Presiding

**ORDER ON APPELLEE'S MOTION FOR EN BANC RECONSIDERATION**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Appellee's motion for en banc reconsideration is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_____
Keith E. Hottle,
Clerk of Court